UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,           )     Case No. CR 13 - 0220 MMC
                                    )
                 Plaintiff,         )     STIPULATED ORDER EXCLUDING TIME
            v.                      )     UNDER THE SPEEDY TRIAL ACT  **FILED**
                                    )
   SCOTT ALLEN SCHAFFER             )                APR 1 1 2013
                                    )
                 Defendant.         )        RICHARD W. WIEKING
                                    )      CLERK, U.S. DISTRICT COURT
                                          NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on **April 11**, 2013, the Court excludes time under the
Speedy Trial Act from **April 11**, 2013 to **May 2**, 2013 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
       *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____  The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
       defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
       or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
       itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
       taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
       counsel's other scheduled case commitments, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant the reasonable time
       necessary for effective preparation, taking into account the exercise of due diligence.
       *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

  ✓  Government's pending motion to detain .

**IT IS SO ORDERED.**

DATED: 4/11/13

                                              LAUREL BEELER
                                              United States Magistrate Judge

STIPULATED: _____        _____
            Attorney for Defendant          Assistant United States Attorney
              4/11/13